## J. M. EDGERTON v. ATLANTIC COAST LINE RAILROAD COMPANY.

### (Filed 28 September, 1927.)

APPEAL by defendant from *Harris, J.,* and a jury, at April Term, 1927, of WAYNE. No error.

This was an action for damages brought by plaintiff against defendant for negligence in transporting forty-six mules from National Stock Yards, Ill., to Goldsboro, N. C.

The issues submitted to the jury and their answers thereto were as follows: ·

"1. Were the mules of the plaintiff injured by the negligence of the defendant railroad company? Answer: Yes.

"2. In what amount, if any, is defendant indebted to plaintiff? Answer: $633.00, with interest."

*Kenneth C. Royall and Jack Joyner for plaintiff.*
*Dickinson & Freeman and W. R. B. Guion for defendant.*

PER CURIAM. The court below charged the jury clearly and accurately the law of actionable negligence applicable to the facts in the case.

From a careful reading of the record we can find no prejudicial or reversible error.

The action is similar and tried in accordance to the law as set forth in *Farming Co. v. R. R.,* 189 N. C., 63. The same principle is set forth in *C. & O. R. R. Co. v. Thompson Mfg. Co.,* 270 U. S., 416, 70 L. Ed., 659.

No error.